UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUCHITE GARCIA LUIS ALBERTO
Plaintiff(s),

v.

DAVID WESLING and ANTONE MONIZ
Defendant(s).

Civil Action No. 26-14519-JEK

**JUDGMENT**

**KOBICK, D.J.**

☐ Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by the Court: In accordance with the Court's Electronic Order dated October 14, 2026, [ECF 9], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Suchite Garcia Luis Alberto.

Dated: November 3, 2026

/s/ Haley Currie

Deputy Clerk